United States District Court
Southern District of Texas
**ENTERED**
July 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARTIN MENDEZ-MELENDEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. 4:26-cv-03437 |
| v. | § | |
| | § | |
| WARDEN, Joe Corley Processing | § | |
| Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

The petitioner, Martin Mendez-Melendez, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention by officials with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE).  (Dkt. No. 1).  On May 22, 2026, the respondents filed a Notice stating that the petitioner has agreed to voluntarily depart the United States no later than June 15, 2026.  (Dkt. No. 6).

**Within five (5) days of the date of this Order**, the petitioner's counsel must provide the Court with a status update stating whether the petitioner is still in custody or whether this habeas petition is moot because the petitioner has departed the United States.

The Clerk shall provide a copy of this Order to the parties.

It is so ORDERED.

SIGNED on July 30, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge